UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JESSICA L. WAHL,                                   :        Index No. 15cv6522 (RJS)

                      **Plaintiff,**      :

              v.                                          :        **RULE 7.1 STATEMENT**

**STERLING & STERLING INC., DAVID**        :
**STERLING AND LESLIE NYLUND,**
                                           :

                     **Defendants.**
------------------------------------------------------------------ x

      Pursuant to Rule 7.1 of the local rules of the United States District Court for the Southern and Eastern Districts of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendants, **STERLING & STERLING INC.** and **DAVID STERLING,** certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:  New York, New York
          September 22, 2015

                                              Yours, etc.

                                              **WILSON, ELSER, MOSKOWITZ,**
                                              **EDELMAN & DICKER LLP**

                          **By:**       s/ Valerie L. Hooker
                                         VALERIE L. HOOKER
                                         *Attorneys for Defendants*
                                         **STERLING & STERLING INC.**
                                          **and DAVID STERLING**
                                         150 East 42nd Street
                                         New York, New York 10017-5639
                                         (212) 490-3000
                                         File No. 13687.00011

7003726v.1