

Alexander D. Widell
Partner
Direct Dial: (516) 880-7233
Email: awidell@moritthock.com

MEMO ENDORSED

October 26, 2015

**VIA ECF AND EMAIL**

Honorable Judge Richard J. Sullivan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-27-15
```

Re:  *Jessica L. Wahl v. Sterling & Sterling Inc., et al.*
     **Civil Action No. 15-cv-06522 (RJS)**

Dear Judge Sullivan:

On Friday, October 23, 2015, Defendants Sterling & Sterling Inc. and David Sterling (collectively, the "Sterling Defendants") retained Moritt Hock & Hamroff LLP ("MH&H") to represent them in the above-referenced matter. Earlier today we submitted a Substitution of Counsel to the Orders and Judgments Clerk to be So-Ordered.

We write, pursuant to Sections I.A, and I.D of Your Honor's Individual Practices, to request that the Court So-Order the attached stipulation extending the Sterling Defendants' time to respond to the Complaint to and including November 25, 2015. All counsel has consented to the stipulation. The Sterling Defendants' original time to respond to the Complaint is October 26, 2015. No prior requests have been made for an extension, and the requested extension does not affect any other scheduled dates.

Respectfully submitted,

Alexander D. Widell

ADW/sb
Attachments

cc:  Martin R. Lee, Esq. (via ECF and email)



Mercedes Colwin, Esq. (via ECF and email)
Ryan J. Sestack, Esq. (via ECF and email)

Despite the fact that this extension request violates Rule 1.D of the Court's Individual Practices -- which provides that such requests "must be received in chambers at least 48 hours prior to the scheduled . . . deadline" -- IT IS HEREBY ORDERED THAT Defendants' unopposed request is GRANTED; Defendants shall file an answer or otherwise respond to the Complaint by November 25, 2015.

SO ORDERED
Dated: 10/26/15

RICHARD J. SULLIVAN
U.S.D.J.

811503v1