UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1 - 13 -16__

JESSICA L. WAHL,

                Plaintiff,

   -v-

STERLING & STERLING INC., *et al.*,

               Defendants.

No. 15-cv-6522 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of (1) a letter from Plaintiff, dated January 13, 2016, informing the Court that Plaintiff intends to file an amended complaint by January 14, 2016, and requesting that the initial and pre-motion conference currently scheduled for Friday, January 15, 2016 be adjourned indefinitely, so that the parties may first attempt to resolve this case in mediation (Doc. No. 33); and (2) Defendants' response, objecting to Plaintiff's adjournment request (Doc. No. 34).

While the parties are certainly encouraged to try to resolve this dispute in mediation, that does not obviate the need for an initial and pre-motion conference or otherwise warrant a stay of this action in the interim. However, the Court finds that it does make sense to adjourn the conference until after Plaintiff has filed her amended complaint. Accordingly, IT IS HEREBY ORDERED THAT, by January 14, 2016, Plaintiff shall file an amended complaint. IT IS FURTHER ORDERED THAT the initial and pre-motion conference shall be adjourned to Friday, January 22, 2016 at 9:30 a.m. In addition, IT IS FURTHER ORDERED THAT, by

January 19, 2016, Defendants shall submit a letter to the Court addressing how, if at all, the amended complaint affects their contemplated motions to dismiss.

SO ORDERED.

Dated:       January 13, 2016
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE