UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-22-16
```

JESSICA L. WAHL,

                Plaintiff,

-v-

STERLING & STERLING INC., *et al.*,

                Defendants.

No. 15-cv-6522 (RJS)
MEDIATION REFERRAL
ORDER FOR EMPLOYMENT CASE

RICHARD J. SULLIVAN, District Judge:

      Pursuant to Chief Judge Loretta Preska's Standing Administrative Order, dated May 25, 2015, requiring all counseled employment discrimination cases, except cases brought under the Fair Labor Standards Act, to be automatically referred to the Southern District of New York's Alternative Dispute Resolution Program of mediation, IT IS HEREBY ORDERED THAT this case is referred for such mediation, which shall commence immediately. The mediation shall not affect any scheduling orders issued by this Court without leave of this Court.

SO ORDERED.

Dated:     January 22, 2016
           New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE