UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA L. WAHL,

                Plaintiff,

-v-

STERLING & STERLING INC., *et al.*,

                Defendants.

No. 15-cv-6522 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    As stated on the record at today's conference, so that the parties may first attempt to resolve this dispute in mediation, IT IS HEREBY ORDERED THAT discovery shall be temporarily STAYED until February 22, 2016. IT IS FURTHER ORDERED THAT, by February 22, 2016, the parties shall submit to the Court a joint status letter regarding (1) the status of mediation, and (2) whether Defendants still intend on moving to dismiss the Amended Complaint; if they do, IT IS FURTHER ORDERED THAT the joint letter shall also include a proposed briefing schedule and the parties shall attach to the letter a revised proposed case management plan and scheduling order.

SO ORDERED.

Dated:    January 22, 2016
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE