

**WARSHAW BURSTEIN, LLP**
ATTORNEYS AT LAW

555 FIFTH AVENUE
NEW YORK, NY 10017
TELEPHONE: 212-984-7700
FACSIMILE: 212-972-9150
WWW.WBCSK.COM

MARTIN R. LEE, ESQ.
DIRECT DIAL: 212-984-7868
EMAIL: MLEE@WBCSK.COM

February 22, 2016

**VIA ECF**

The Honorable Judge Richard J. Sullivan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
New York, NY 10007

      Re.:    **Jessica L. Wahl v. Sterling & Sterling Inc., et al.**
                 **Civil Action No. 15-cv-06522 (RJS)**

Dear Judge Sullivan:

      As Your Honor has required us to advise you on this date as to status, we are pleased to inform you that the matter is scheduled for mediation on March 16, 2016, with submissions due on March 9, 2016.

                                                             Respectfully submitted,

                                                             Martin R. Lee

MRL:ll

cc:     (Via ECF)
         Ryan J. Sestack, Esq. rsestack@gordonrees.com
         Alexander D. Widell awidell@moritthock.com

{925526.1}