

# Moritt Hock & Hamroff LLP
ATTORNEYS AT LAW

**Alexander D. Widell**
Partner
Direct Number: (516) 880-7233
Email: awidell@moritthock.com

March 22, 2016

**VIA ECF AND EMAIL**

The Honorable Judge Richard J. Sullivan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
New York, New York 10007

> Re: *Jessica L. Wahl v. Sterling & Sterling Inc., et al.*
> **Civil Action No. 15-cv-06522 (RJS)**

Dear Judge Sullivan:

This firm represents defendants Sterling & Sterling Inc. and David Sterling in the above-referenced action. We submit this letter, jointly with counsel for plaintiff Jessica Wahl and counsel for co-defendant Leslie Nylund, pursuant to the Court's Order dated February 23, 2016, to report on the status of the mediation session held on March 16, 2016.

The parties are pleased to report that the mediation successfully resulted in a settlement of the action. Counsel for Defendants prepared a settlement agreement, which the mediator, Jennifer Lupo, provided to Plaintiff's counsel yesterday. I note that Ms. Lupo was highly effective, and was instrumental in facilitating the settlement.

In light of the settlement, the parties have not discussed a briefing schedule on the previously anticipated motions to dismiss, or a revised scheduling order, both of which the Court directed the parties to provide in its February 23 Order. Should the Court still require those schedules, the parties will promptly provide them.

Respectfully,

Alexander D. Widell

cc: Martin R. Lee, Esq. (by email and ECF)
    Ryan Sestack, Esq. (by email and ECF)

889764v1