UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA L. WAHL,

                      Plaintiff,

-v-

STERLING & STERLING INC., *et al.*,

                      Defendants.

No. 15-cv-6522 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-23-16

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Defendants, dated March 22, 2016, informing the Court that the parties have reached a settlement. (Doc. No. 48.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. Upon receipt of such a letter, this action will be restored. IT IS FURTHER ORDERED THAT all conferences and deadlines are adjourned indefinitely. The Clerk of the Court is respectfully requested to close this case.

SO ORDERED.

Dated:     March 22, 2016
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE